Form G-4

Case 24-05668   Doc 33-1   Filed 09/13/24   Entered 09/13/24 11:54:36   Desc
Statement Accompanying Relief From Stay     Page 1 of 1

**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases:    Debtor    Usman Saqlain                          Case No.  24-05668    Chapter    13

All Cases:    Moving Creditor   NATIONS DIRECT MORTGAGE, LLC          Date Case Filed    4/17/2024

Nature of Relief Sought:    ■ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13:    Date of Confirmation Hearing   10/10/2024    or Date Plan Confirmed _____

Chapter 7:    ☐ No-Asset Report Filed on _____
              ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1.    Collateral
      a.  ■  Home
      b.  ☐  Car       Year, Make, and Model _____
      c.  ☐  Other (describe) _____

2.    Balance Owed as of 09/03/2024    $392,471.76
      Total of all other Liens against Collateral    $3,500.00

3.    In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4.    Estimated Value of Collateral (must be supplied in *all* cases)   $498,100.00, per Debtor's Schedules

5.    Default
      a.  ■  Pre-Petition Default as of petition date
          Number of months    38    Amount    $103,007.72

      b.  ■  Post-Petition Default
          i.   ■  On direct payments to the moving creditor
               Number of months    3    Amount    $5,313.09

          ii.  ☐  On payments to the Standing Chapter 13 Trustee
               Number of months _____    Amount _____

6.    Other Allegations
      a.  ☐  Lack of Adequate Protection § 362(d)(1)
          i.    ☐  No insurance
          ii.   ☐  Taxes unpaid    Amount    $_____
          iii.  ☐  Rapidly depreciating asset
          iv.   ☐  Other (describe) _____

      b.  ☐  No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

      c.  ☐  Other "Cause" § 362(d)(1)
          i.    ☐  Bad Faith (describe) _____
          ii.   ☐  Multiple Filings
          iii.  ☐  Other (describe) _____

      d.  Debtor's Statement of Intention regarding the Collateral
          i. ☐ Reaffirm    ii. ☐ Redeem    iii. ☐ Surrender    iv. ■ No Statement of Intention Filed

Date:    September 13, 2024                               /s/ Terri M. Long
(Rev. 12/21/09)                                          Counsel for Movant