| Name: | Usman Saqlain | | | | |
|---|---|---|---|---|---|
| **BK Case Number:** | 24-05668 | | | | |
| **Filing Date:** | 4/17/2024 | | | | |
| **Post First Due:** | 5/1/2024 | | | | |
| **Post-Petition Due** | **Date Received** | **Amount Received** | **Amount Applied** | **Suspense Application** | **Suspense Balance** |
| | 6/20/2024 | $  2,387.43 | | $  2,387.43 | $  2,387.43 |
| 5/1/2024 | 6/21/2024 | | $  2,387.43 | $  (2,387.43) | $  - |
| | 7/25/2024 | $  2,500.00 | | $  2,500.00 | $  2,500.00 |
| | 8/26/2024 | $  2,550.13 | | $  2,550.13 | $  5,050.13 |
| 6/1/2024 | 8/27/2024 | | $  2,550.13 | $  (2,550.13) | $  2,500.00 |
| | 9/3/2024 | | $  162.70 | $  (162.70) | $  2,337.30 |

| Name: | Osman Saqlain |
|---|---|
| **BK Case Number:** | 24-05668 |
| **Filing Date:** | 4/17/2024 |

| Due Date | Total Payment | P & I | Escrow | NOPC Filed Date |
|---|---|---|---|---|
| 7/1/2024 | $ 2,550.13 | $ 1,280.43 | $ 1,269.70 | |
| 8/1/2024 | $ 2,550.13 | $ 1,280.43 | $ 1,269.70 | |
| 9/1/2024 | $ 2,550.13 | $ 1,280.43 | $ 1,269.70 | |
| **Total Due** | **$ 7,650.39** | **$ 3,841.29** | **$ 3,809.10** | |