## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**

Usman Saqlain

Case No.:  24-05668

Chapter:   13

Debtor

Judge Deborah L. Thorne (Joliet)

---

### NOTICE OF WITHDRAWAL OF
### MOTION FOR RELIEF FROM STAY FILED ON 09/13/2024 (DOCKET ENTRY #33)

---

TO:

Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road Suite 650, Lisle, IL 60532 by electronic notice through ECF
Usman Saqlain, Debtor, 24262 Farmstead Lane, Plainfield, IL 60544
Chad M. Hayward, Attorney for Debtor, 35 S. Washington St., Suite 304, Naperville, IL 60540 by electronic notice through ECF
Office of the U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

Now comes the Movant, Nations Direct Mortgage, LLC, by its attorneys, Codilis & Associates, P.C., and hereby withdraws its Motion for Relief from the Automatic Stay filed on 09/13/2024 as Docket Entry #33.

### **PROOF OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Withdrawal upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on October 18, 2024 and as to the Debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on October 18, 2024.

/s/ Terri M. Long
Attorney for Movant

Terri M. Long ARDC#6196966
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Michael P. Kelleher ARDC#6198788
Kerrie S. Mattson-Neal ARDC#6270224
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
File No. 14-24-03917
NOTE: This law firm is a debt collector.