NTCASCLM

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Usman Saqlain
24262 Farmstead Lane
Plainfield, IL 60544
SSN: xxx–xx–1401 EIN: N.A.

Case No. : 24–05668

Chapter : 13
Judge : Deborah L. Thorne

---

### NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : Nations Direct Mortgage, LLC

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to Lakeview Loan Servicing, LLC of your claim in the above matter, designated Claim No. 6 .   If no objections are filed by you on or before August 25, 2025 the Court shall substitute Lakeview Loan Servicing, LLC in your place and stead as a claimant.   If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: August 5, 2025

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court