# Notice Recipients

District/Off: 0752−1            User: admin            Date Created: 8/5/2025

Case: 24−05668            Form ID: ntcasclm            Total: 5

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Glenn B Stearns | stearns_g@lisle13.com |
| aty | Chad M. Hayward | clay@haywardlawoffices.com |
| aty | Gerald Mylander | mcguckin_m@lisle13.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db        Usman Saqlain        24262 Farmstead Lane        Plainfield, IL 60544
30909841  Nations Direct Mortgage, LLC        c/o PHH Mortgage Corporation        Attn: Bankruptcy Department        PO BOX 24605        West Palm Beach, FL 33416−4605

TOTAL: 2