IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO.: 24-05668 |
| | ) | |
| USMAN SAQLAIN, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | JUDGE: DEBORAH L. THORNE |
| | ) | |

**NOTICE OF MOTION**

TO:  SEE SERVICE ATTACHED LIST

PLEASE TAKE NOTICE that on December 4, 2025, at 9:45 a.m., I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, **either** in courtroom 682, of the of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604 **or** electronically as described below and present the motion of Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing, LLC for Relief from Stay, a copy of which is attached.

**Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646- 828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is  **160 9362 1728**  and no passcode is required. The meeting ID and further information can also be found on Judge Thorne's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

McCalla Raymer Leibert Pierce, LLP

*/s/ Kinnera  Bhoopal*
Kinnera  Bhoopal
ARDC# 6295897
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 348-9088 X5172

## <u>CERTIFICATE OF SERVICE</u>

      I, Kinnera Bhoopal

[x] an attorney, certify

- or −

[ ] a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on 11/21/2025 at 5:00 p.m.

          */s/ Kinnera Bhoopal*

          Kinnera Bhoopal

## SERVICE LIST

To Trustee:                                                          *by Electronic Notice through ECF*
Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, IL 60532

To Acting U.S. Trustee:
Adam Brief
Office of the U. S. Trustee, Region 11                               *by Electronic Notice through ECF*
219 South Dearborn
Room 873
Chicago, IL 60604

To Debtor:                                                           *Served via U.S. Mail*
Usman Saqlain
24262 Farmstead Lane
Plainfield, IL 60544

To Attorney:                                                         *by Electronic Notice through ECF*
Chad M. Hayward
The Law Offices of Chad Hayward
35 S. Washington St.
Suite 304
Illinois
Naperville, IL 60540

McCalla Raymer Leibert Pierce, LLP
Attorney for Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| USMAN SAQLAIN, | ) | NO.: 24-05668 |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | Honorable Deborah L. Thorne |
| | ) | |

## **MOTION TO MODIFY THE AUTOMATIC STAY**

NOW COMES Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing, LLC by and through its attorneys, McCalla Raymer Leibert Pierce, LLP, and requests that the Automatic Stay entered on the property located at 24262 Farmstead Lane, Plainfield, IL 60544 be Modified stating as follows:

1.   On April 17, 2024, the above captioned Chapter 13 was filed.

2.   On November 21, 2024, the above captioned Chapter 13 was confirmed.

3.   Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing, LLC services the first mortgage lien on the property located at 24262 Farmstead Lane, Plainfield, IL 60544.

4.   The Plan calls for the Debtor to be the disbursing agent for the post-petition mortgage payments directly to Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing, LLC.  Post-petition payments are $2,615.96.

5.   The post-petition mortgage payments are due and owing for September 1, 2025 payment.  As of November 7, 2025, the default to Nationstar Mortgage LLC as

servicing agent for Lakeview Loan Servicing, LLC is approximately $5,884.92 through November 1, 2025, which includes a suspense amount of $1,962.96.

6. The total debt owed to Movant as of November 7, 2025 is $352,936.37, which includes an unpaid principal balance of $294,414.21.

7. Attorney's fees and costs for this motion are due in the amount of $1,549.00.

8. The plan is in material default.

9. Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing, LLC continues to be injured each day it remains bound by the Automatic Stay.

10. Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing, LLC is not adequately protected.

11. The property located at 24262 Farmstead Lane, Plainfield, IL 60544 is not necessary for the Debtor's reorganization.

12. Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing, LLC directly or through an agent, has possession of the promissory note and held the note at the time of filing of the Movant's Motion for Relief from the Stay.  The promissory note is endorsed in blank.

13. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(A)(4) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 24262 Farmstead Lane, Plainfield, IL 60544, be modified and that Bankruptcy Rule 4001(a)(4) be waived as not applicable, and leave be granted to Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing, LLC to proceed with non

bankruptcy remedies including foreclosure, and for such other and further relief as this

Honorable Court deems just.

McCalla Raymer Leibert Pierce, LLP

By:      */s/ Kinnera  Bhoopal*

Kinnera  Bhoopal
Illinois Bar No. 6295897
Attorney for Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
Phone:  (312) 348-9088 X5172
Fax: 312-803-9663
Email:  ILpleadings@mrpllc.com