**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

| | | | | | |
|---|---|---|---|---|---|
| Debtor | Usman Saqlain, | Case No | 24-05668 | Chapter | 13 |
| Moving Creditor | Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing, LLC | Date Case Filed | April 17, 2024 | | |

Nature of Relief Sought:  ☒ Lift Stay    ☐ Annul Stay    ☐ Other (describe): __

Chapter 13    Date of Confirmation Hearing                    Date Plan Confirmed    November 21, 2024

1.    Collateral
    a.    ☒ Home
    b.    ☐ Car _____
    c.    ☐ Other (describe)_____

2.    Balance Owed as of November 7, 2025 $352,936.37
    Total of all other Liens against Collateral $3,500.00 (per debtor's schedule)

3.    In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the Debtor post-petition.

4.    Estimated Value of Collateral (must be supplied in *all* cases) $498,100.00 (per Debtor's Amended Schedules)

5.    Default
    a.    ☐ Pre-Petition Default
        Number of months         Amount $ (including attorney's fees and costs)

    b.    ☒ Post-Petition Default
        i.    ☒ On direct payments to the moving creditor
        Number of months 3    Amount $7,433.92 (including attorney's fees and costs)
        ii.    ☐ On payments to the Standing Chapter 13 Trustee
        Number of months _____    Amount $_____

6.    Other Allegations
    a.    ☒ Lack of Adequate Protection § 362(d)(1)
        i.    ☐ No insurance
        ii.    ☐ Taxes unpaid  Amount $ _____
        iii.    ☐ Rapidly depreciating asset
        iv.    ☒ Other (describe) Material payment default

    b.    ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

    c.    ☐ Other "Cause" § 362(d)(1)
        i.    ☐ Bad Faith (describe) __
        ii.    ☐ Multiple Filings
        iii.    ☐ Other (describe) _____

    d.    Debtor's Statement of Intention regarding the Collateral
    i.    ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: November 21, 2025        Submitted By:        */s/ Kinnera  Bhoopal* _____
                        ARDC# 6295897
                        McCalla Raymer Leibert Pierce, LLP