| Motion For Relief Information | | | | | | |
|---|---|---|---|---|---|---|
| *Post-Petition Ledger* | | | | | | |
| **Filed By:** | MAN     SAQLAIN | **Payment Changes** | | | | |
| **Case Number:** | 2405668 | **From Date** | **To Date** | **Total Amount** | **P&I Total** | **Escrow Total** | **Interest Rate Change** |
| **Filing Date:** | 04/17/2024 | 05/01/2024 | 1-Sep-24 | $2,550.13 | $1,280.43 | $1,269.70 | |
| | | | 1-Oct-24 | $2,615.96 | $1,280.43 | $1,335.53 | |
| **Payments in POC:** | | | | | | |
| **First Post Due Date:** | 05/01/2024 | | | | | |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Comments | | Payment Applied (P&I and Escrow) | Additional Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | LSAM BR Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/20/24 | $ 2,387.43 | | | $2,387.43 | | | $0.00 | | | 2,387.43 | 2,387.43 |
| 07/25/24 | $ 2,500.00 | 5/1/2024 | $ 2,550.13 | $2,337.30 | | | $0.00 | | | 2,500.00 | 4,887.43 |
| 08/26/24 | $ 2,550.13 | 6/1/2024 | $ 2,550.13 | $2,337.30 | | | $0.00 | | | 2,550.13 | 7,437.56 |
| 09/25/24 | $ 5,315.00 | 7/1/2024 | $ 2,550.13 | $5,102.17 | | | $0.00 | | | 5,315.00 | 12,752.56 |
| | | 8/1/2024 | $ 2,550.13 | $2,552.04 | | | $0.00 | | | 0.00 | 12,752.56 |
| | | 9/1/2024 | $ 2,550.13 | $1.91 | | | $0.00 | | | 0.00 | 12,752.56 |
| 10/18/24 | $ 2,615.96 | 10/1/2024 | $ 2,615.96 | $1.91 | | | $0.00 | | | 2,615.96 | 15,368.52 |
| 12/02/24 | $ 2,615.96 | 11/1/2024 | $ 2,615.96 | $1.91 | | | $0.00 | | | 2,615.96 | 17,984.48 |
| 01/03/25 | $ 2,615.96 | 12/1/2024 | $ 2,615.96 | $1.91 | | | $0.00 | | | 2,615.96 | 20,600.44 |
| 01/31/25 | $ 2,387.38 | | | $2,389.29 | | | $0.00 | | | 2,387.38 | 22,987.82 |
| 02/19/25 | $ 2,387.38 | 1/1/2025 | $ 2,615.96 | $2,160.71 | | | $0.00 | | | 2,387.38 | 25,375.20 |
| 03/19/25 | $ 2,615.96 | 2/1/2025 | $ 2,615.96 | $2,160.71 | | | $0.00 | | | 2,615.96 | 27,991.16 |
| 04/16/25 | $ 2,615.96 | 3/1/2025 | $ 2,615.96 | $2,160.71 | | | $0.00 | | | 2,615.96 | 30,607.12 |
| 05/13/25 | $ 2,615.96 | 4/1/2025 | $ 2,615.96 | $2,160.71 | | | $0.00 | | | 2,615.96 | 33,223.08 |
| 06/26/25 | $ 2,615.96 | 5/1/2025 | $ 2,615.96 | $2,160.71 | | | $0.00 | | | 2,615.96 | 35,839.04 |
| 07/30/25 | $ 2,550.13 | 6/1/2025 | $ 2,615.96 | $2,094.88 | | | $0.00 | | | 2,550.13 | 38,389.17 |
| 08/31/2025 | $ 2,600.00 | 7/1/2025 | $ 2,615.96 | $2,078.92 | | | $0.00 | | | 2,600.00 | 40,989.17 |
| 09/29/2025 | $ 2,500.00 | 8/1/2025 | $ 2,615.96 | $1,962.96 | | | $0.00 | | | 2,500.00 | 43,489.17 |