IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) NO.: 24-05668-DLT |
| USMAN SAQLAIN, | ) |
| | ) CHAPTER 13 |
| Debtor. | ) |
| | ) Honorable Deborah L. Thorne |
| | ) |
| | ) |

### NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY

NOW COMES Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing, LLC, by and through its attorney, McCalla Raymer Leibert Pierce, LLP, and respectfully moves this Court to allow it to withdraw the Motion for Relief from Stay filed on this Court's docket as entry #64.

Respectfully Submitted, Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing, LLC

*/s/Dana   O'Brien*
Dana   O'Brien
ARDC# 6256415

McCalla Raymer Leibert Pierce, LLP
Attorneys for Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088
(312) 551-4400 (fax)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
DIVISION

IN RE:                                          )
                                                )  NO.: 24-05668-DLT
USMAN SAQLAIN,                                   )
                                                )  CHAPTER 13
        Debtor.                                  )
                                                )  Honorable Deborah L. Thorne
                                                )
                                                )

## **CERTIFICATE OF SERVICE**

TO:   SEE ATTACHED ADDRESSES

## **CERTIFICATION**

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 N. Dearborn Suite 1200, Chicago, IL 60602 at 5:00 P.M. on December 4, 2025, with proper postage prepaid.

McCalla Raymer Leibert
Pierce, LLP

*/s/Dana   O'Brien*
Dana   O'Brien
ARDC# 6256415

1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

## SERVICE LIST

To Trustee:                                          *by Electronic Notice through*
Glenn B Stearns                                      *ECF*
801 Warrenville Road
Suite 650
Lisle, IL 60532


To Debtor:
Usman Saqlain                                        *Served via U.S. Mail*
24262 FARMSTEAD LN
Plainfield, IL 60544


To Attorney:                                         *by Electronic Notice through*
Chad M. Hayward                                      *ECF*
The Law Offices of Chad Hayward
35 S. Washington St., Suite 304
Naperville, IL 60540

McCalla Raymer Leibert Pierce, LLP
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088