**Fill in this information to identify the case:**

Debtor 1    Usman Saqlain

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    NORTHERN    District of    ILLINOIS
(State)

Case number   24-05668

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**    Nations Direct Mortgage, LLC          Court claim no. (if known)          6

**Last four digits** of any number you          XXXXXX9363
use to identify the debtor's account:

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes.  Date of the last notice:

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
| --- | --- |

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
| --- | --- | --- | --- | --- |
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 6/26/2024, | (5) | $ 700.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses.  Specify: | | (10) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Usman Saqlain | | Case number (*if known*) | 24-05668 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Part 2:   Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Kinnera  Bhoopal                              Date   12/12/2024
   Signature

Print:   Kinnera                         Bhoopal            Title   Authorized Agent
         First Name      Middle Name      Last Name

Company   McCalla Raymer Leibert Pierce, LLC

Address   1544 Old Alabama Road
          Number        Street
          Roswell                 GA          30076
          City                    State       ZIP Code

Contact phone   (312) 348-9088 X5172            Email   Kinnera.Bhoopal@mccalla.com

---

Case 24-05668    Doc    Filed 12/13/24    Entered 12/13/24 14:35:36    Desc Main
Document      Page 3 of 5

B 10 (Supplement 2) (12/11)                                                                    Case.                                              Page 3

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No.** 24-05668 |
| Usman Saqlain | ) | **Chapter** 13 |
| | ) | |
| | ) | **JUDGE:** Deborah L. Thorne |

## EXHIBIT B

### ITEMIZATION OF CLAIM

| | | |
|---|---|---|
| Bankruptcy/Proof of Claim Fees | | $700.00 |
| 06/26/2024 | Preparation and Filing of Proof of Claim | $700.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:                         **$700.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

In Re:

    Usman Saqlain

Bankruptcy Case No.: 24-05668
Chapter:       13
Judge:       Deborah L. Thorne

## CERTIFICATE OF SERVICE

I, Kinnera Bhoopal, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Usman Saqlain
24262 Farmstead Lane
Plainfield, IL 60544

Chad M. Hayward              *(Served via ECF at clay@haywardlawoffices.com)*
The Law Offices of Chad Hayward
35 S. Washington St.
Suite 304
Illinois
Naperville, IL 60540

Adam Brief                     *(Served via ECF Notification)*
Office of the U. S. Trustee, Region 11
219 South Dearborn
Room 873
Chicago, IL 60604

Glenn B Stearns             *(Served via ECF Notification)*
801 Warrenville Road Suite 650
Lisle, IL 60532

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   <u>12/13/2024</u>   By:   <u>*/s/Kinnera Bhoopal*</u>
           (date)            Kinnera Bhoopal
                      Authorized Agent for Creditor

# Codilis & Associates, P.C.

15W030 North Frontage Road Suite 100

Burr Ridge, IL 60527

Phone No:  (630) 794-9690

Fax No:  (630) 794-5143

## Bankruptcy - Bankruptcy Services - INVOICE

| | |
|---|---|
| PHH Mortgage | |
| Andrea Jenkins | |
| 2001 Bishops Gate Blvd | |
| Mount Laurel, NJ 08054 | |

Re:     SAQLAIN USMAN
         24262 FARMSTEAD LN
         PLAINFIELD, IL ███████

| | | | |
|---|---|---|---|
| Loan #: | ██████ | Invoice #: | ██████ |
| Loan Type: | FHA | Invoice Status: | ACH Confirmed(Exc) |
| Inv. ID / Cat. ID: | 50E  / 874 | Input By: | Christina Delesio |
| Cost Center: | | Date Submitted: | 6/28/2024 |
| FHA Case No: | █████ | Invoice Date: | 6/27/2024 |
| GSE Code: | G | Vendor Ref #: | 14-24-03917 |
| GSE REO Rem. Code: | | Vendor Code: | CAPC |
| | | Payee Code: | FCODIL |
| | | Type: | Non Judicial |
| | | Referral Date | 6/3/2024 |

| | | |
|---|---|---|
| Original Mortgage Amount: | $313,645.00 | |
| Litigation Status Code: | YY | |
| Man Code: | B | |

| | | |
|---|---|---|
| Acquisition Date: | | |
| Paid in Full Date: | N/A | |
| Foreclosure Removal | N/A | |
| HiType | 1 | |
| Class Code | | |

| | |
|---|---|
| BK Case No: | 24-05668 |
| BK Chapter: | 13 |

| | |
|---|---|
| Invoice ID: | ██████ |
| Asset Number: | |
| Outsourcer: | |

| SubmittedDate | 1st Reviewed Date | Last Reviewed Date | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 6/28/2024 | 7/1/2024 | 7/1/2024 | | 7/1/2024 | 7/1/2024 | 7/3/2024 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | 06/26/2024 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |

Note: Review and/or Preparation of Loan Payment History as part of the Official Form 410A. - Non-Recoverable Charge, should not be passed on to the borrower
Service From Date: 6/26/2024          Service To Date: 6/26/2024

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | 06/26/2024 | 1 | $700.00 | $700.00 | $0.00 | $700.00 |

Note: Preparation and Filing of Proof of Claim. Recoverable provided you file any required post-petition fee notice within 180 days of the charge being incurred in accordance with BK Rule 3002.1. - Recoverable from the borrower
Service From Date: 6/26/2024          Service To Date: 6/26/2024
**Line Item was used multiple times on the invoice**

| | | | |
|---|---|---|---|
| | | $950.00 | $0.00 | $950.00 |

| | | | |
|---|---|---|---|
| Total: | $950.00 | $0.00 | $950.00 |

### Invoice Level Exceptions
Line Item was used multiple times on the invoice

### Invoice Level Comment
Allowable not exceeded

Execution Date Time: 12/11/2024 01:36:41 AM                    Pages: 1/ 2