Fill in this information to identify the case:

Debtor 1   Usman Saqlain

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  NORTHERN                District of  ILLINOIS
                                                                                                                    (State)

Case number  24-05668

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**          NATIONS DIRECT MORTGAGE, LLC          Court claim no. (if known)          6

**Last four digits** of any number you          XXXXXX9363
use to identify the debtor's account:

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☐  No
☒  Yes.  Date of the last notice:  December 13, 2024

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | 10/18/2024 | (3) | $ 1,050.00 |
| 4. | Filing fees and court costs | 9/13/2024, | (4) | $ 199.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 11. | Other. Specify:  Plan Review | 12/7/2024 | (11) | $ $250.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

Debtor 1    Usman Saqlain
       First Name   Middle Name   Last Name

Case number (*if known*)    24-05668

---

| Part 2: | Sign Here |
| --- | --- |

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   */s/Dana  O'Brien*
    Signature

Date   03/06/2025

Print:   Dana                 O'Brien
        First Name       Middle Name       Last Name

Title   Authorized Agent

Company   McCalla Raymer Leibert Pierce, LLP

Address   1544 Old Alabama Road
        Number       Street
        Roswell             GA        30076
        City              State        ZIP Code

Contact phone    (312) 346-9088 X5188

Email   Dana.OBrien@mccalla.com

---

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **In re:** | ) |
| | ) **Case No.** 24-05668 |
| Usman Saqlain | ) **Chapter** 13 |
| | ) |
| | ) **JUDGE:** Deborah L. Thorne |

## **EXHIBIT B**

### ITEMIZATION OF CLAIM

| | | | |
|---|---|---|---:|
| Filing Fees and Court Costs | | | $199.00 |
| 09/13/2024 | Filing of Motion for Relief | $199.00 | |
| Attorney Fees | | | $1,050.00 |
| 10/18/2024 | Preparation of Motion for Relief | $1,050.00 | |
| Other | | | $250.00 |
| 12/07/2024 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $250.00 | |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:    **$1,499.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

|  |  |
|---|---|
| In Re: | Bankruptcy Case No.: 24-05668 |
|  | Chapter:        13 |
| Usman Saqlain | Judge:        Deborah L. Thorne |

## CERTIFICATE OF SERVICE

I, Dana  O'Brien, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Usman Saqlain
24262 Farmstead Lane
Plainfield, IL 60544

Chad M. Hayward                           *(Served via ECF Notification)*
The Law Offices of Chad Hayward
35 S. Washington St.
Suite 304
Illinois
Naperville, IL 60540

Adam Brief                                    *(Served via ECF Notification)*
Office of the U. S. Trustee, Region 11
219 South Dearborn
Room 873
Chicago, IL 60604

Glenn B Stearns                            *(Served via ECF Notification)*
801 Warrenville Road Suite 650
Lisle, IL 60532

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    03/07/2025      By:    */s/Dana  O'Brien*
                        (date)                  Dana  O'Brien
                                                    Authorized Agent for Creditor

## Codilis & Associates, P.C.

15W030 North Frontage Road Suite 100

Burr Ridge, IL 60527

Phone No: (630) 794-9690

Fax No: (630) 794-5143

### Bankruptcy - Bankruptcy Services - INVOICE

PHH Mortgage
Andrea Jenkins
2001 Bishops Gate Blvd
Mount Laurel, NJ 08054

Re: SAQLAIN USMAN
24262 FARMSTEAD LN
PLAINFIELD, IL ██████

Loan #: ██████
Loan Type: FHA
Inv. ID / Cat. ID: 50E / ██
Cost Center:
FHA Case No: ██████
GSE Code: G
GSE REO Rem. Code:

Original Mortgage Amount: $313,645.00
Litigation Status Code: YY
Man Code: B

BK Case No: 24-05668
BK Chapter: 13

| | |
|---|---|
| Invoice #: | ██████ |
| Invoice Status: | ACH Confirmed(Res) |
| Input By: | Christina Delesio |
| Date Submitted: | 10/22/2024 |
| Invoice Date: | 10/21/2024 |
| Vendor Ref #: | 14-24-03917 |
| Vendor Code: | CAPC |
| Payee Code: | FCODIL |
| Type: | Non Judicial |
| Referral Date | 8/14/2024 |
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal | N/A |
| HiType | 1 |
| Class Code | |

Invoice ID: ██████
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 10/22/2024 | 10/23/2024 | 12/23/2024 | | 11/7/2024 | 11/7/2024 | 11/9/2024 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Motion for Relief | | | 10/18/2024 | 1 | $1,050.00 | $1,050.00 | $0.00 | $1,050.00 |

Note: Preparation of Motion for Relief from Stay. Recoverable provided you file any required post-petition fee notice within 180 days of the charge being incurred in accordance with BK Rule 3002.1. - Recoverable from the borrower
Service From Date: 10/18/2024          Service To Date: 10/18/2024

| | | | | | | $1,050.00 | $0.00 | $1,050.00 |
|---|---|---|---|---|---|---|---|---|

| Cost Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Filing Costs - Motion for Relief | | | 09/13/2024 | 1 | $199.00 | $199.00 | $0.00 | $199.00 |

Note: Motion for Relief Filing Cost. Recoverable provided you file any required post-petition fee notice within 180 days of the charge being incurred in accordance with BK Rule 3002.1. - Recoverable from the borrower
Service From Date: 9/13/2024          Service To Date: 9/13/2024

| | | | | | | $199.00 | $0.00 | $199.00 |
|---|---|---|---|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total: | | | | | | $1,249.00 | $0.00 | $1,249.00 |

**Invoice Level Exceptions**

Execution Date Time: 03/05/2025 02:38:19 AM          Pages: 1/ 3

None

**Invoice Level Comment**
Allowable not exceeded

## Payment information

| Requested Date | Check/ACH# | Payment Date | Amount |
|---|---|---|---|
| 11/07/2024 | ███████ | 11/08/2024 | $199.00 |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Filing Costs | Motion for Relief | 632 | BMIS | 01R23 | 92 | $199.00 |

| Requested Date | Check/ACH# | Payment Date | Amount |
|---|---|---|---|
| 11/07/2024 | ███████ | 11/08/2024 | $1,050.00 |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Attorney Fees | Motion for Relief | 630 | BATY | 01R23 | 92 | $1,050.00 |

**Execcution Date Time: 03/05/2025 02:38:19 AM**                                    **Pages: 3/ 3**

## Codilis & Associates, P.C.

15W030 North Frontage Road Suite 100

Burr Ridge, IL 60527

Phone No: (630) 794-9690

Fax No: (630) 794-5143

### Bankruptcy - Bankruptcy Services - INVOICE

PHH Mortgage

Andrea Jenkins

2001 Bishops Gate Blvd

Mount Laurel, NJ 08054

Re:     SAQLAIN USMAN
24262 FARMSTEAD LN
PLAINFIELD, IL █████

Loan #: ██████

Loan Type:    FHA

Inv. ID█ Cat. ID: ██ █████

Cost Center:

FHA Case No:   █████

GSE Code:     G

GSE REO Rem. Code:

Original Mortgage Amount:   $313,645.00

Litigation Status Code:   YY

Man Code:     B

BK Case No:   █████

BK Chapter:   13

| | | |
|---|---|---|
| Invoice #: | | ███████ |
| Invoice Status: | ACH Confirmed | |
| Input By: | Christina Delesio | |
| Date Submitted: | 12/12/2024 | |
| Invoice Date: | 12/11/2024 | |
| Vendor Ref #: | ███████ | |
| Vendor Code: | CAPC | |
| Payee Code: | FCODIL | |
| Type: | Non Judicial | |
| Referral Date | 12/4/2024 | |
| Acquisition Date: | | |
| Paid in Full Date: | N/A | |
| Foreclosure Removal | N/A | |
| HiType | 1 | |
| Class Code | | |

Invoice ID:   ██████

Asset Number:

Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 12/12/2024 | 12/20/2024 | 12/24/2024 | | 12/20/2024 | 12/20/2024 | 12/24/2024 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Plan Review Fee | | 12/07/2024 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |

**Note: Plan Review. Recoverable provided you file any required post-petition fee notice within 180 days of the charge being incurred in accordance with BK Rule 3002.1. - Recoverable from the borrower**

Service From Date: **12/7/2024**     Service To Date: **12/7/2024**

| | | | |
|---|---|---|---|
| | **$250.00** | **$0.00** | **$250.00** |

| | | | |
|---|---|---|---|
| **Total:** | **$250.00** | **$0.00** | **$250.00** |

**Invoice Level Exceptions**

None

**Invoice Level Comment**

Allowable not exceeded

Execution Date Time: 03/05/2025 02:38:19 AM               Pages: 1/ 2

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount |
|---|---|---|---|
| 12/20/2024 | ▓▓▓▓▓▓ | 12/23/2024 | $250.00 |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Attorney Fees | Plan Review Fee | 630 | BATY | 01R23 | 92 | $250.00 |